**Opinion issued November 8, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00264-CV

———————————

**DANIEL HEARN, INDIVIDUALLY AND AS AGENT FOR HIS FATHER, RICHARD F. HEARN, Appellant**

**V.**

**AMY ESKELUND, Appellee**

---

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Case No. 446,788**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from a temporary injunction prohibiting appellant Daniel Hearn from taking certain actions regarding his father's trust account. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(4). Appellee Amy Eskelund filed a notice informing this court that the trial court had dissolved the

temporary injunction that was the subject of this appeal. We notified the parties that the appeal would be dismissed for want of jurisdiction unless Hearn filed a response demonstrating jurisdiction. *See* TEX. R. APP. P. 42.3(a). No response has been filed.

This appeal is moot, and we dismiss it for lack of jurisdiction. *See id.*; *Heckman v. Williamson Cty.*, 369 S.W.3d 137, 166–67 (Tex. 2012).

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.